In re Valuation and Equalization of Real Property in the State of Nebraska for 1965. County of Garfield, appellant, v. State Board of Equalization and Assessment of the State of Nebraska, appellee.

143 N. W. 2d 899

Filed July 1, 1966. No. 36182.

Keith J. Kovanda, for appellant.

Clarence A. H. Meyer, Attorney General, and Homer G. Hamilton, for appellee.

Heard before CARTER, SPENCER, BOSLAUGH, BROWER, SMITH, and McCOWN, JJ., and DITTRICK, District Judge.

SMITH, J.

Garfield County has appealed from the same order of the State Board of Equalization and Assessment appealed from in other cases decided today, including County of Blaine v. State Board of Equalization & Assessment, *ante* p. 471, 143 N. W. 2d 880.

The board ordered Garfield County to increase its assessed valuation of rural land 39 percent. The adjustment increased the percentage assessment-sales ratio for Garfield County to 33.08, whereas the mean and median of adjusted ratios for all counties are 28.07 and 27.36 respectively. This deviate establishes arbitrary action, the record containing no contrary evidence. See County of Blaine v. State Board of Equalization & Assessment, *supra.*

The final decision of the board ordering Garfield Coun-

ty to increase its assessed valuation of rural land 39 percent is reversed.

REVERSED.

CARTER and SPENCER, JJ., concur in result.